UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:15-CR-275-T-17MAP

JEFFREY LAMAR WADE, JR.

### ORDER

Pursuant to Fed. R. Crim. P. 48(a), the United States has requested leave to dismiss the Indictment against Defendant Jeffrey Lamar Wade, Jr., without prejudice. Leave of Court is granted and the Indictment is dismissed against Defendant Wade, in the above-captioned case, without prejudice. The Clerk of Court is directed to close the case as to Defendant Wade.

Dated: August 7th, 2015

Elizabeth A. Kovachevich
United States District Judge

Copies to:
All parties and
Counsel of record